**Law Offices**
# GOLDSTEIN & WEINSTEIN
**888 GRAND CONCOURSE**
**BRONX, NEW YORK 10451**
TEL: (718) 665-9000
FAX: (718) 665-9147

DAVID J. GOLDSTEIN
BARRY A. WEINSTEIN
JEREMY M. SALAND



November 12, 2007

**BY OVERNIGHT MAIL**

Honorable Mark D. Fox
United States Magistrate Judge
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

**MEMO ENDORSED**

RECEIVED IN CHAMBERS
NOV 1 3 2007
MARK D. FOX
USMJ SDNY

Re:   United States v. Hansel Olivares-Paula
       Magistrate Docket No. 07-1408

Dear Judge Fox:

   I write this letter with the consent of the Government and the Pretrial Services Agency to request that the court modify the defendant's bail conditions to include the District of New Jersey as a permitted place of travel without prior approval from his Pretrial officer.

   The defendant has obtained a job as a cable installer for DR Global Space Communication Inc. His job requires him to perform installations in New Jersey ("Exhibit A").

   During my conversations with Luis Piedra, the defendant's pretrial officer, Mr. Piedra also indicated that he would not be opposed to the defendant's supervision being modified to routine reporting from his current status of strict reporting.

   If the court is amenable to these proposed changes, we respectfully request that the court endorse this letter to effectuate the modifications.



Copies mailed / handed / faxed to counsel 11/14/07

*[Handwritten margin annotations: "MARK D. FOX / United States Magistrate Judge / Southern District of New York"; "Application Granted / So Ordered / Gov't Consent Obtained by Telephone"; signature; "11/14/07"]*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:

Honorable Mark D. Fox
November 12, 2007
Page 2

Thank you for your consideration.

Respectfully yours,

David J. Goldstein

cc:   AUSA Nola B. Heller
      w/enc.

      USPTSO Luis Piedra
      w/enc.